UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                      CASE NO. 08-47226-TJT
JEFFREY FRANKLIN                  CHAPTER 13 PROCEEDINGS
                                                HON. THOMAS J. TUCKER

                 Debtor
_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

    The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| JEFFREY FRANKLIN<br>PO BOX 241386<br>DETROIT, MI 48224-0000<br>SSN: XXX-XX-3515 | N/A | N/A | DEBTOR REFUND | 1391056 | 7/15/11 | $ 1.26 |

DATED: July 22, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0847226  00000  017414  1391056
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 07/15/2011  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1391056

| 0847226 | JEFFREY FRANKLIN | | | | 1.26 | 0.00 | 1.26 |
|---|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.  CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY  
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  
535 Griswold St, Ste 111-615  
Detroit, MI 48226  
(313)967-9857

64-79 / 611

CHECK NO. 1391056  
SunTrust Bank

FOR  JEFFREY FRANKLIN  
BK:0847226  ACCT:  
PRIN:  1.26  INT:  0.00

DATE Jul 15, 2011  
AMOUNT  
**********1.26

PAY **1.26**  
One And 26 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT

VOID OVER $1.26  
VOID 90 DAYS AFTER DATE

TO THE ORDER OF  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:                                   CASE NO. 08-47226-TJT
JEFFREY FRANKLIN                                    CHAPTER 13 PROCEEDINGS
                                                    HON. THOMAS J. TUCKER

             Debtor
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

CARTWRIGHT LAW FIRM, P.C.
24750 LAHSER RD
SOUTHFIELD, MI 48034

**Last Known Address for Debtor:**

JEFFREY FRANKLIN
PO BOX 241386
DETROIT, MI 48224

DATED: July 22, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226